## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MARIE LOMAS,

        Plaintiff,

    v.                                                      Case No. 2:18-cv-11722-PDB-EAS

TJX COMPANIES, INC., d/b/a HOME
GOODS,

        Defendant.

### UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING ARBITRATION

Defendant, HomeGoods, Inc. ("Defendant") (named in the Complaint as "The TJX Companies, Inc.") and Plaintiff Marie Lomas ("Plaintiff") respectfully submit this UNOPPOSED MOTION TO STAY PROCEEDINGS, and in support state as follows:

1.    Plaintiff filed her Complaint in this Court on May 31, 2018, and served Defendant on June 4, 2018 ("the Lawsuit"). In the Lawsuit, Plaintiff asserts claims under the Americans with Disabilities Act ("ADA") and its Michigan law counterpart statute.

2.    After the filing of the Complaint, Defendant presented Plaintiff with a copy of her arbitration agreement.

2. Defendant alleges that Plaintiff signed an arbitration agreement during her employment with Defendant, requiring that she submit all claims she asserts through the Lawsuit to binding arbitration.

3. Plaintiff does not oppose Defendant's request to Stay the Proceedings Pending Arbitration.

WHEREFORE, Defendant respectfully asks that the Court use its broad discretion and stay this matter pending the outcome of binding arbitration.

DATED: July 20, 2018                    Respectfully submitted,


By: */s/ Kara Goodwin*
Kara Goodwin
Uma Chandrasekaran (*Admission pending)*
Colton D. Long (*Admission pending)*
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
(312) 460-5000
kgoodwin@seyfarth.com
uchandrasekaran@seyfarth.com
clong@seyfarth.com

## <u>CERTIFICATE OF SERVICE</u>

I, Kara Goodwin, certify that I have caused a true and correct copy of the foregoing JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION to be served upon counsel for Plaintiff using the Court's CM/ECF System on July 20, 2018.

Michael N. Hanna
Morgan and Morgan, P.A.
2000 Town Center
Suite 1900
Southfield, MI 48075
mhanna@forthepeople.com


  *s/ Kara Goodwin*
Kara Goodwin