# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARIE LOMAS,

        Plaintiff,

v.

TJX COMPANIES, INC., d/b/a HOME GOODS,

        Defendant.

Case No. 2:18-cv-11722

Paul D. Borman

United States District Judge

## ORDER

Upon the defendant's unopposed motion to stay action pending arbitration, IT IS HEREBY ORDERED that:

The above-referenced matter is stayed in its entirety pending the outcome of binding arbitration.

SO ORDERED.

Dated: July 23, 2018

s/Paul D. Borman
Paul D. Borman
United States District Judge