# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MARIE LOMAS,

        Plaintiff,

v.

TJX COMPANIES, INC., d/b/a HOME GOODS,

        Defendant.

Case No. 2:18-cv-11722-PDB-EAS

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Marie Lomas and Defendant HomeGoods, Inc. (named in the Complaint as "TJX COMPANIES, INC., d/b/a/ HOMEGOODS), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this case with prejudice, without fees or costs to any party, and with all rights of appeal waived.

DATED: January 7, 2018

Kara Goodwin
Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Email: kgoodwin@seyfarth.com
**Attorneys for Defendant**

Respectfully submitted,

THE TJX COMPANIES, INC.

By: *s/ Kara Goodwin*

Michael Hanna
Morgan & Morgan, P.A.
2000 Town Center, Suite 1900
Southfield, MI 48075
mhanna@forthepeople.com
**Attorney for Plaintiff**

Respectfully submitted,

MARIE LOMAS

By: *s/ Michael Hanna*

35951396v.1

2

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be filed using the Court's CM/ECF system, which served an electronic copy of the foregoing on counsel for Plaintiff:

Michael Hanna
Morgan & Morgan, P.A.
2000 Town Center, Suite 1900
Southfield, MI 48075
mhanna@forthepeople.com

                                                                 *s/ Kara Goodwin*